**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-7728**

---

In Re: CRAIG O. COPLEY,

                                        Petitioner.

---

On Petition for Writ of Mandamus.  (CA-90-47-HC)

---

Submitted:  April 13, 2000          Decided:  April 20, 2000

---

Before WIDENER and WILKINS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Craig O. Copley, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Craig O. Copley petitions this court for a writ of mandamus directing the district court to rule on his motion for reconsideration. The district court denied this motion on January 4, 2000. We accordingly deny the motion to proceed in forma pauperis and dismiss the mandamus petition as moot. We dispense with oral argument, because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2